IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JODI GILES, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-043
)
COASTAL HOME CARE, INC., )
)
    Defendant. )
_____ )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 11.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** with each party in this action to bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 7th day of May 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA